

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BROOKS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-4318 |
| HARLEY-DAVIDSON MOTOR | : | |
| COMPANY, et al. | : | |

FILED
AUG 24 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 20th day of August, 2009, "Plaintiffs' Motion to Remand (Second Removal)" (docket no. 14) is granted, and this action is remanded to the Philadelphia County Court of Common Pleas.

BY THE COURT:

_____
Edmund V. Ludwig, J.